IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHESTER RAY JOHNSON, #683871 | § | |
| VS. | § | CIVIL ACTION NO. 5:06cv98 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report on the merits of Petitioner's case. The Report contains proposed findings of fact and recommendations for disposition of this case. Petitioner filed objections to that Report. The Magistrate Judge also presented for consideration the Magistrate Judge's Report on Petitioner's motion to proceed *in forma pauperis*.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit. This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Petitioner's motion to proceed *in forma pauperis* (dkt. #4) is denied and this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that Petitioner is denied a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

 **SIGNED this 1st day of June, 2006.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE